# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation Supervised Release**) |
| v. | Case Number: 07-cr-00348-MSK-01 |
| | USM Number: 35235-013 |
| LACEDRICK CURRY | Mitchell Baker, Appointed |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 4, 5, 6, 7, 8, 9, and 10, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law | 07/03/2012 |
| 2 | Possession and Use of a Controlled Substance | 05/16/2012 |

    The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

                                                                  May 2, 2013
                                                           Date of Imposition of Judgment

                                               *s/ Marcia S. Krieger*
                                                              Signature of Judge

                                         Marcia S. Krieger, Chief U.S. District Judge
                                                            Name & Title of Judge

                                              May 8, 2013
                                                                Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance | 09/07/2012 |
| 4 | Possession and Use of a Controlled Substance | 11/24/2012 |
| 5 | Possession and Use of a Controlled Substance | 01/26/2013 |
| 6 | Possession and Use of a Controlled Substance | 02/06/2013 |
| 7 | Possession and Use of a Controlled Substance | 02/15/2013 |
| 8 | Making False Statement to the Probation Officer | 02/07/2013 |
| 9 | Failure to Follow the Instructions of the Probation Officer | 02/07/2013 |
| 10 | Failure to Comply with Rules of Residential Reentry Center (RRC) | 02/13/2013 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eight (8) months.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____

Deputy United States Marshal